UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 25-mj-479 DLM |
| Plaintiff, | |
| v. | |
| Daniel Trevell Wright, | **ORDER OF REMOVAL** |
| Defendant. | |

The above captioned case was before the undersigned United States Magistrate Judge for an identity and removal hearing, preliminary revocation hearing and detention hearing on July 24, 2025. Defendant waived the identity and removal hearing. Probable cause was found as to all violations. Defendant was ordered detained at the conclusion of the detention hearing.

Based on defendant's waiver of the identity and removal hearing, the court finds that the defendant is the same person named in the warrant filed in the Northern District of Illinois, and he is ordered removed to that district for further proceedings.

Dated: July 24, 2025            *s/Douglas L. Micko*
                               Douglas L. Micko
                               United States Magistrate Judge